**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

**CIVIL MINUTES—GENERAL**

Case No. 5:26-cv-02241-KES                                  Date: May 1, 2026

Title:  SAHIN SAHIN v. FERETI SEMAIA, ET AL.

PRESENT:

THE HONORABLE KAREN E. SCOTT, U.S. MAGISTRATE JUDGE

Jazmin Dorado                                              Not Present
Courtroom Clerk                                           Court Reporter

ATTORNEYS PRESENT FOR                      ATTORNEYS PRESENT FOR
PETITIONER:                                                RESPONDENTS:
None Present                                                None Present

**PROCEEDINGS (IN CHAMBERS):**          **Order Denying Motion for TRO (Dkt. 3)**

On April 29, 2026 ("Petitioner") filed a counseled Petition for a Writ of Habeas Corpus ("Petition" at Dkt. 1) and Motion for Temporary Restraining Order ("TRO Motion" at Dkt. 3).

IT IS HEREBY ORDERED that the TRO Motion is **denied**.  The Court has already set an expedited briefing schedule for the Petition.  (Dkt. 6.)  "Applications for temporary restraining orders should be reserved for cases where the petitioner alleges imminent, irreparable harm that cannot be addressed by the standard scheduling order or by expediting the briefing schedule."  Central District of California General Order 26-05 ¶ 3.[1]  Petitioner has not made such a showing in this case.

Initials of Deputy Clerk jd

---

[1] https://www.cacd.uscourts.gov/sites/default/files/general-orders/GO%2026-05.pdf