JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAHIN SAHIN, | Case No. 5:26-cv-02241-KES |
| Petitioner, | |
| v. | **JUDGMENT** |
| FERETI SEMAIA, et al., | |
| Respondents. | |

Pursuant to the Court's Order Granting Petition and Ordering Petitioner's Release from Custody, IT IS ADJUDGED that Grounds 2 and 3 of the Petition are granted, and the other grounds are dismissed as moot.

DATED:   May 18, 2026

_Karen E. Scott_
KAREN E. SCOTT
UNITED STATES MAGISTRATE JUDGE